# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200  Fax: (718) 855-0760

Leonard F. Joy
*Executive Director*

August 31, 2006

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 6 ~~~ ★

BROOKLYN OFFICE

**Via Facsimile, ECF and By Hand**
The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

Re:  **United States v. Peter McCourty, 06 CR 380  (JG)**

Your Honor:

I write to respectfully request a brief adjournment of the briefing schedule in this matter. I request that this deadline be adjourned until September 11, 2006. Under the new briefing schedule, the government's response would be due September 25, 2006 and the defense reply papers on October 2, 2006.  The parties will be available for the hearing anytime thereafter at a date convenient to the court.

AUSA Anthony Kyriakakis consents to the adjournment.

I appreciate the Court's consideration. I apologize for any inconvenience.

Respectfully submitted,

*Justine Harris* by NAT

Justine A. Harris

cc:   AUSA Anthony Kyriakakis

*Oral argument is set for 10/12/06 @ 10:00A*

s/John Gleeson